Assetcare, Inc.
P. O. Box 15380
Wilmington, DE 19850-5380


Bank of America
P. O. Box 15726
Wilmington, DE 19886-5726


BP
Cardmember Service
P. O. Box 15325
Wilmington, DE 19886-5325


Capital One
P. O. Box 60024
City of Industry, CA 91716-0024


Capital One
P. O. Box 85520
Richmond, VA 23286-9175


Chase
c/o Valentine & Kebartas, Inc.
P. O. Box 325
Lawrence, MA 01842-0625


Citibank
c/o Alliance One
1160 Centre Pointe Drive, Suite 1
Mendota Heights, MN 55120


Citibank Visa
c/o Northland Group, Inc.
P. O. Box 390905
Edina, MN 55439


Citicorp Diners Club
c/o United Collection Bureau, Inc.
5620 Southwyck Blvd., Suite 206
Toledo, OH 43614

Female Healthcare Assoc., Ltd.
471 W. Army Trail Road, St. 103
Bloomingdale, IL 60108

Fia Card Services NA
P. O. Box 15137
Wilmington, DE 19850-5137

Greater Elgin Emergency Specialist
P. O. Box 5940, Dept 20 1105
Carol Stream, IL 60197-5940

IRS
230 S. Dearborn Street
Chicago, IL 60604

J C Penney
P. O. Box 960001
Orlando, FL 32896-0001

J. Jill Credit Plan
Processing Center
Des Moines, IA 50364-0001

Kohl's
P. O. Box 2983
Milwaukee, WI 53201-2983

Macy's
c/o Plaza Associates
JAF Station, P. O. Box 27969
New York, NY 10116-2769

Rescue Eight Paramedic Service
P. O. Box 457
Wheeling, IL 60090

Rosecrance on Harrison
3815 Harrison Avenue
Rockford, IL 61108


Royal Physical Therapy
DBA Orthopedic & Spine Surgery
2350 Royal Blvd. St. 700
Elgin, IL 60123-4727


Sears Mastercard
c/o Northland Group, Inc.
P. O. Box 390905
Edina, MN 55439